Dear Clerk:

   Please stamp these three(3) cover copies as "FILED" and return to me in the enclosed postage pre-paid envelope. I thank you for your time in this matter.

CERTIFIED MAIL #7015-1520-0000-3129-2587

**FORM**

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, **42 U.S.C. § 1983**

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

RECEIVED
SEP 26 2016
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

HUSEIN CEJVANOVIC

(Enter above the **FULL** name and inmate
number of the plaintiff or plaintiffs in this action)

vs,

Nick Ludwick (Warden ISP),
Jeff Bailey, Becky Jones,
Dr. Stephen Sparks & Dr. Todd Jacks.

o

(Enter above the **FULL** name of each defendant
in this action)

**COMPLAINT**

**WITH REQUEST TO AMEND**

(NOTE: If there is more than one plaintiff, the information in parts I and II should be shown for
EACH plaintiff by name, using a separate sheet of paper.

I.   Previous Lawsuits:

   A.   Have you begun other lawsuits in State or Federal Court dealing with the same
        facts involved in this action or otherwise relating to your imprisonment?
        Yes ☐   No ☒

   B.   If your answer to A is Yes, please answer questions 1 thru 7. (If there is more than
        one lawsuit, describe the additional lawsuits on another sheet of paper, using the
        same outline.)

1. Parties to this previous law suit
   Plaintiffs _____

   Defendants _____

2. Court (if Federal Court, name the district; if State Court, name the county)
   _____
   _____

3. Docket Number _____

4. Name of the Judge to whom the case was assigned _____

5. Disposition, if know (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. Place of present Confinement  Iowa State Penitentiary, P.O. BOX 316, Fort Madison, Ia. 52627-0316

A. Is there a prisoner grievance procedure in this institution?
   Yes ☒   No ☐

B. Did you present the facts relating to your complaint in the State prisoner grievance procedure? Yes ☐  No ☒

C. If your answewr is Yes,
   1. what step did you take?

   2. What was the result?

D. If your answer is No, explain why not  Not a grievanable matter However, I did file a State Tort Claim, but this was denied (Tort Claim# T160625).

E. If there is no prisoner grievance procedure in the institution, did you complain to prison authorities? Yes ☒  No ☐

F. If your answer is Yes,
  1. What steps did you take?

  E-Mailed the Warden and Housing Unit Counselors and Unit Manager.

  2. what was the result?

  They said there was nothing they could do and that I was receiving proper care.

III. Parties
(in item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiff(s), if any.)

  A. Name of Plaintiff  Husein Cejvanovic# 1126555

  Address  Iowa State Penitentiary-P.O. BOX 316, Ft. Madison
  Ia. 52627-0316

  B. Additional plaintiffs

(in item C below, place the full name of the defendant in the first blank, their office position in the second blank, and their place of employment in the third blank. Use item D for the names, positions and places of employment of any additional defendants.)

  C. Defendant Warden Nick Ludwick(Warden ISP)

  is employed as Warden of Iowa State Penitentiary

  at  Iowa State Penitentiary, P.O. BOX 316, Fort Madison, Iowa, 52627-0316

  D. Additional defendants Jeff Bailey & Becky Jones-Management of Iowa Prison Industries
  Doctors Stephen Sparks & Dr. Todd Jacks

IV. Jurisdiction

This complaint is brought pursuant to 42 U.S.C. § 1983, and jurisdiction is based on 28 U.S.C. § 1343 (c). Plaintiff(s) allege(s) the defendant(s) acted under color of state law with regard to the facts stated in part V of this complaint.

V. **Statement of Claim**

(state here as briefly as possible the **FACTS** of your case. You **MUST** state exactly what each defendant personally did or failed to do, which resulted in harm to you. Include also the names of other persons involved (for example, other inmates) and state the date and place of all events. Attach an extra sheet if necessary, and write the heading **PART V CONTINUED** at the top of the sheet. Keep to the facts. Do not give any legal arguments or cite any case.)

My name is Husein Cejvanovic. I was born in Cazin Bosna/Hercegovina (old Yugoslavia) on November 3, 1960. I came to the U.S.A. as a policital refugee because of the Bosna/Serbian War. I arrived in the U.S.A. on May 6, 1996.

I came to be in the Iowa Dept. of Corrections (IDOC) on November 16, 2005 I began work at Iowa Prison Industries (IPI) on Dec. 9, 2015 as a sander in the Furniture Section. On Dec, while I was working, an inmate named Ray Triplett, became angry at me because he thought I had something to do with him getting fired from IPI. Mr. Triplett had just lost his job and he came over to me and tried to start a fight with me. I had some candy on my worktable and I told him to take it, but please just go away. He in turn said something to the effect: "I just lost my job and I'm going to kill you." He then struck me on the hip with his hammer. I fell to the floor on my right hip which when I beleive my hip joint broke. He then hit me again with the hammer he had in his hand. It was during this time that I felt sharp/extreme pain in my hip. I called out for help and IPI Supervisior Jeff Bailey had me taken to the Health Services Center at Iowa State Penitentiary ISP) where they examined me. They then had me taken to the local Hospital (Fort Madison Community Hospital (FMCH). On that date they sent me to the University Of Iowa Hospitals & Clinics(UIHC), where they reexamined me and said that I needed hip surgery. On Dec. 12, 2015 UIHC performed surgery on me starting at about 6:30 a.m.. The details of just what they did to me are unclear, but I do know they replaced the broken hip and used six(6) screwws to hold it together. I was in UIHC for four(4) days before being returned to ISP where I was placed into Investigation for three(3) days before I was returned to General Population (GP). I was then placed into Housing Unit 3A-Pod. I remained in A-Pod for for about a week and a half. I was then moved to C-Pod were I remained unempolyed until August 15, 2016. I was unable to receive any form of unempolyment from IPI. I returned to work at IPI however, the restarted me at 62¢ where I had been making $1.15 per hour. I'm still in a great deal of pain as my hip surgery didn't work out right. The doctor at UIHC says the hip joint they used was defective and needs to be replaced, but, ISP willnot send me back to have the hip joint replaced. ISP has taken away the walker I had been using then they took away the walking cane that they had given for a few weeks I cannot walk or stand correctly to this day and I'm always in pain.

The plant Manager (BECKY JONES) has refused to do anything to correct the matter. Warden Nick Ludwick has refused to correct the problem by having me sent to UIHC for repair surgery. Doctor Todd Jacks refuses to have me sent to UIHC for repair surgery. And before that Dr. Stephen Sparks didnot refer me to send me to UIHC.

VI.  (state briefly <u>exactly what you want the Court to do for you.</u> Make no legal arguments. Do not cite cases or statutes.)

#1.  That this Court Order Defendants to have me treated, with a new hip joint and whatever else is need to correct hip.

#2.  That the Court award Plaintiff Court costs, Fees, and all attorney fees.

#3.  That the Court award compulsory damages in the amount of $200,000.°°„ to the Plaintiff.

#4.  That the Court award Plaintiff punitive damages in the amount of $500,000.°° to be paid out in monthly payments.

#5.  That the Court award any other damages it deems appropriate Due to the nature of this action.

VII.  Statement Regarding Assistance in Preparing this Complaint

  A.  Did any person other than a named plaintiff in this action assist you in preparing this complaint? Yes ☒ No ☐

  B.  If your answer is Yes name the person who assisted you. __Ben Schreiber__

  C.  Signature of person who helped prepare complaint.

  (Signature) _/s/ Sh_  (Date) _9-19-16_

VIII.  Signature(s) of Plaintiff(s)

  Signed the ___ day or _9-22-_, 20_16_.

  (Signature of Plaintiff) _Husein Cejvanic_

  Signatures of additional plaintiffs, if any:

HUSEIN CEJVANOVIC 1126555
IOWA STATE PENITENTIARY
P.O. BOX 316
FORT MADISON, IA. 52627-0316

NOTICE: This correspondence was mailed from an inmate of the Iowa Department of Corrections

CLERK OF U.S. DISTRICT COURT
U.S. COURTHOUSE
P.O. BOX 9344
DES MOINES, Ia. 50306-9344

LEGAL MAIL