IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| HUSEIN CEJVANOVIC,<br><br>    Plaintiff,<br><br>v.<br><br>NICK LUDWICK, et al.,<br><br>    Defendants. | No. 4:16-cv-00518-REL<br><br><br><br><br>**DEFENDANTS' ANSWER** |

COMES NOW Defendants, Nick Ludwick, Jeff Bailey, Becky Jones, Dr. Stephen Sparks, and Dr. Tobin Jacks, through undersigned counsel and in ANSWER to the Complaint, state as follows:

1. Paragraph A of Division I is admitted.

2. Paragraph B of Division I is admitted.

3. The first line of Division II is admitted.

4. Paragraph A of Division II is admitted.

5. Paragraph B of Division II is denied.

6. Paragraph C of Division II is denied.

7. Paragraph D of Division II is denied.

8. Paragraph E of Division II is denied.

9. Paragraph F of Division II is denied.

10. Paragraph A of Division III is admitted.

11. Paragraph B of Division III is admitted.

12. Paragraph C of Division III is admitted.

13. Paragraph D of Division III is admitted.

14. Division IV is admitted.

15. Division V is denied. The Defendants admit that Cejvanovic was an offender at the Iowa State Penitentiary and was injured when he was assaulted by another offender on December 9, 2015. Following the incident, Cejvanovic was transferred to the University of Iowa Hospitals & Clinics for surgery. The Defendants state that Cejvanovic was provided medical treatment following the surgery and were not deliberately indifferent to a serious medical need.

16. Division VI, including sub-paragraphs (1) - (5) are denied.

17. Division VII is admitted.

18. Division VIII is admitted.

### AFFIRMATIVE DEFENSES

19. The Defendants at all times acted with good faith toward Plaintiff and did not violate any of Plaintiff's clearly established constitutional rights of which a reasonable person would or should have known and is therefore immune from damages in this matter.

WHEREFORE, the Defendant, requests that the Court dismiss Plaintiff's complaint and assess the costs to the Plaintiff.

THOMAS J. MILLER
Attorney General of Iowa

/s/ WILLIAM A. HILL
WILLIAM A. HILL (AT0003532)
Assistant Attorney General
Special Litigation Division
Hoover State Office Building
Des Moines, IA 50319
(515) 281-6162
FAX: (515) 281-4902
ATTORNEYS FOR DEFENDANTS

Original filed.
Copy to:

Husein Cejvanovic
Inmate #112655
Iowa State Penitentiary
Box 316
Ft. Madison, IA 52627

**Proof of Service**

The undersigned certifies that the foregoing instrument was served upon each of the persons identified as receiving a copy by delivery in the following manner on November 14, 2016.

☒ U.S. Mail  ☐ FAX
☐ Hand Delivery  ☐ Overnight Courier
☐ Federal Express  ☐ Other
☐ Electronically

Signature: /s/ Jessica R. Porter

3