# IN THE UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF IOWA (CENTRAL)

| | |
|---|---|
| HUSEIN CEJVANOVIC<br><br>Plaintiff<br><br><br><br>NICK LUDWICK et als,<br><br>Defendants | CASE NO. 4:16-cv-00518-SMR-CFB<br><br>APPEARANCE |

Now comes James P. Moriarty, Esq., and enters his appearance as Attorney for HUSEIN CEJVANOVIC, Plaintiff Herein.

Dated JUNE 13, 2017

*James P. Moriarty, Esq.*

James P. Moriarty, Esquire
James P. Moriarty, PC
ICIS Reg. # AT0005463
Attorney for Plaintiff
Armstrong Centre   222 3rd Ave. SE  Ste. 265
Cedar Rapids, IA 52401-1541
(319) 366-2307
e-mail jpmoriarty@dybb.com