IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| HUSEIN CEJVANOVIC, ) | |
| ) | No. 4:16-cv-00518-SMR-CFB |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| ) | |
| NICK LUDWICK, JEFF BAILEY, ) | |
| BECKY JONES, STEPHEN SPARKS, ) | |
| AND TODD JACKS, ) | |
| ) | |
| Defendants. ) | |

On April 10, 2017, Defendants filed a Motion for Summary Judgment. Plaintiff then filed a pro se response to the Motion for Summary Judgment (ECF No. 12) which included a request for appointment of counsel. On May 18, 2017, the Court entered an Order (ECF No. 13) appointing counsel and directing counsel to consult with Plaintiff as soon as possible and file a response to the Motion for Summary Judgment on or before July 3, 2017.

Counsel filed an appearance on June 14, 2017. As of this date, counsel has filed no Response to the Motion for Summary Judgment and no Request for Extension of Time. The Court sua sponte extends the time to file a response to the Motion for Summary Judgment to on or before **August 7, 2017**. At that time, the Court will consider the matter fully submitted and ready for ruling.

IT IS SO ORDERED.

Dated this _24th_ day of July, 2017.

STEPHANIE M. ROSE
UNITED STATES DISTRICT JUDGE