# IN THE UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| HUSEIN CEJVANOVIC<br><br>Plaintiff<br><br><br><br>NICK LUDWICK ET ALS,<br><br>Defendants | CASE NO. 4:15-cv-00518-SMR-CFB<br><br>MOTION TO EXTEND |

Now comes James P. Moriarty, Esq., Attorney for HUSEIN CEJVANOVIC, Plaintiff herein, and moves the Court for an extension of the deadline for filing a response to the Motion for Summary Judgment herein.

In support of this Motion, the following is averred:

1. The Undersigned was appointed to represent the Plaintiff pursuant to the Court's Order dated 5/18/2017.

2. Upon review and investigation, it became apparent to the undersigned that the Plaintiff has at best minimum competencies in reading, speaking and comprehension of the English language.

3. Furthermore, it appears that the Plaintiff has significant education and perhaps cognitive deficits, and does not fully understand that the issues he has framed are, while quite distressing to him, not necessarily within the purview of a civil rights action within Section 1983.

4. The Undersigned has encountered difficulties in establishing interpreter services for the matter, but has now acquired them. However, as all correspondence has to be translated both from the undersigned to the Plaintiff and from the Plaintiff to the undersigned, there have been significant delays in communication.

5. In order for the undersigned to personally meet at the Iowa State Prison, coordination with the interpreter, who is one of a very small number of interpreters available, is necessary. The interpreter resides in Des Moines and as of this writing it is not entirely clear to the undersigned that the plaintiff will cooperate with or agree to a telephonic participation with the interpreter.

6. As the pleadings involve areas of technical analysis and explanation independently of the language issues, as well as legal issues that the undersigned is not entirely sure that the plaintiff can or wishes to understand or accept, the preliminary opinion of the undersigned is that a Response to the Motion for Summary Judgment cannot be filed by the Undersigned on behalf of the Plaintiff without a violation of Federal Rules of Civil Procedure, Rule 11.

7. The undersigned is attempting to resolve this matter consistent with the ethical requirements of Rule 11.

8. Assistant Attorney General William A. Hill has been extremely professional and understanding of the situation and has no objection to a request to extend.

9. The Plaintiff is serving a life sentence, and the outcome of this matter cannot and will not affect his sentence.

WHEREFORE, The undersigned requests an extension of at least ninety days to to fully counsel and confer with the Plaintiff Cejvanovic.

Respectfully Submitted August 4, 2017

*James P. Moriarty, Esq.*

James P. Moriarty, Esquire
James P. Moriarty, PC
ICIS Reg. # AT0005463
Attorney for Plaintiff
Armstrong Centre   222 3rd Ave. SE  Ste. 299-2
P. O. Box 1921
Cedar Rapids, IA 52406-1921
(319) 366-2307
e-mail jpmoriarty@dybb.com