# IN THE UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF IOWA

HUSEIN CEJVANOVIC

Plaintiff

V.

NICK LUDWIG ET ALS,

Defendants

CASE NO. 4:16-cv-00518-SMR-CFB

Report of Counsel that No Amended Answer can be filed without violating Federal Rule of Civil Procedure, Rule 11.

_____

Now comes the James P. Moriarty, Counsel for Plaintiff herein, and hereby submits his Report that no Amended Answer to the Defendant's Motion for Summary Judgment can be submitted without violation of Federal Rules of Civil Procedure, Rule 11.

In support of this withdrawal the following is averred by Counsel:

1. The Undersigned was appointed as Counsel for the Plaintiff on March 18, 2017.

2. I have reviewed the following matters, including but not limited to:

    A. The materials filed with the Pro Se Complaint and the factual assertions and claims raised therein in detail with the Plaintiff;

    B. Other materials provided by the Plaintiff not currently on file and to which waiver of privilege has not been granted to the Undersigned;

    C. the relevant statutory, case law and pertinent administrative regulations regarding inmate discipline adopted by the Iowa Department of Corrections and currently in force and use at the Iowa State Penitentiary;

    D. The disciplinary records specific to the Plaintiff;

    E. The medical records of the Plaintiff;

    F. Responsive pleadings filed by the Iowa Attorney General in similar complaints filed in the United States District Court for the Northern District of Iowa, and the case and statutory references cited therein;

1

    G. I have corresponded with the Plaintiff with the assistance of an interpreter appointed by the Court;

    H. I have conducted telephone conferences with the Plaintiff within the limitations of language issues;

    I. I have conferred with the Interpreter regarding her prior experiences and assessments of the Plaintiff from her prior dealing with the Plaintiff as an interpreter;

    J. I have conferred with prior and current counsel of the Plaintiff;

    K. I have conferred with medical and correctional staff members at the Iowa State Penitentiary by telephone; &

    L. I have met with the Plaintiff and interpreter at the Iowa State Penitentiary on September 1, 2017.

    M. I have advised the Plaintiff of my position and proposed filing of this document ans as of this filing have had no futher response.

3. The Undersigned has explained in detail the procedural and legal requirements under Federal Rule of Civil Procedure 11, to the Plaintiff, as well as the obligations of both the Plaintiff and Counsel in regards to compliance with Federal Rule of Civil Procedure 11 and his professional opinion that an Amended Complaint could not be filed without a violation of Federal Rule of Civil Procedure 11.

4. The Undersigned has confirmed that the Plaintiff lacks both literacy in English and has significant educational deficits that limit his understanding of legal and medical documents and issues even when interpreted in Bosnian, and that several matters filed with the Court herein were the work of non-lawyer fellow inmates assisting the Plaintiff, who could not fully review or understand the statements made on his behalf.

5. It is the professional opinion of the Undersigned that while the incident that befell the Plaintiff on or about December 5, 2015 while an Inmate at the Iowa State Penitentiary was very traumatic and that the injuries were serious and painful, and that he continues to suffer pain and disability from the injuries, that there was no violation of his civil rights by the Defendants. It is the further professional opinion that while the medical treatment given him has not fully cured or alleviated the pain and suffering, and that he disagrees with the methods of treatment provided to him, that the failure of the Defendants to either fully cure the injuries or provide him his preference of medical treatment does not rise to the level of deliberate indifference or a violation of his civil rights.

    It is the recommendation of the Undersigned to the Plaintiff that the Motion for Summary Judgment could not be successfully opposed under the statutory or case law pertinent thereto, was that the Pro-Se complaint should be voluntarily withdrawn or dismissed.

6. The Plaintiff does not accept the analysis and opinion of Counsel.

7. Plaintiff declines and/or refuses to voluntarily withdraw or dismiss the Pro-Se Complaint.

8. It remains the professional opinion of Counsel that there are no valid legal statutory or case law grounds to oppose the Motion for Summary Judgment, and that no Amended

Answer to the Motion for Summary Judgment can be filed by the Undersigned on behalf of the Plaintiff without a violation of Federal Rules of Civil Procedure, Rule 11.

9. Counsel for the Plaintiff has no further opinion to offer and awaits further instruction from the Court.

Respectfully submitted,

Dated September 26, 2017

_____
**James P. Moriarty, Esquire**
**Counsel for** Husein Cejvanovic, Plaintiff
**ICIS Reg. # AT0005463**
**James P. Moriarty, P.C.**
**222 3rd Ave. SE    Suite 265**
**Cedar Rapids, IA    55401-1541**
**(319) 366-2307    FAX (319) 364-8914**
james.moriarty4@gmail.com

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing instrument was served upon each of the parties or attorneys of record of all parties to the above-entitled cause on the  26th  day of  September,  2017.

By       __x__ U.S. Mail         _____ Fax            ___ Hand Delivered
         _____ Overnight Courier _____ Federal Express
                                              __x_ Other:_____CM/ECF_____

_____
**James P. Moriarty, Esquire**

3