HUSEIN ĆEIVANOVIĆ
IOWA STATE PENITENTIARY
P.O. BOX 316
FT. MADISON, IA 52627

BOSNIAN INTERPRETER
KARMELA LOFTHUS, TRANSLATOR

Judge STEPHANIE M. ROSE
CLERK OF COURT
U.S. DISTRICT COURTHOUSE
P.O. BOX 9344
DES MOINES, IA. 50306-9344

CIVIL DOCKET FOR CASE
#: 4:16-CV-00518-SMR-CFB

GOSPODINE SUDIJA
MOLIM VASKE DAMI JAVITE ŠTAJE SATOM MOJOM TUŽBOM. JA ZOVEM JAMES P. MORIARTY STOSTE VI MENI NJEGA DODJELILI DA ON BUDE MOJ ADVOKAT. A ON MISE NEJAVLJA NA TELEFON I POŠLOJE PORUKU MENI NA ENGLESKI JEZIKU. MOLIM VAS SUDIJA DAMI KAŽETE KOJE MOJ ADVOKAT ZA OVO MOJE DJELO. JA NEZNAM JELI ON VAMA POSLO - 25 - SEPTEMBRA MOTION FOR SUMMARY JUDGMENT TO OCTOBER 10, 2017. NIJEMI NIŠTA JAVIJ JELI ON TO POSLO VAMA ILI NIJE JA NIŠTA NEZNAM ŠTASE DEŠAVA SATOM MOJOM TUŽBOM. NIKOME NE OBAVJEŠTAVA ŠTA IMA. JAVAM GOSPODINE SUDIJA EVO ŠALJEM OVE PAPIRE ŠTOJE ON MENI POSLO. JAVAM ŠALJEM ADRESU OD DRUGOGA ADVOKATA KOJIBI PREUZ OVAJ MOJ SLUČAJ. AKO JAMES P. MORIARTY NE ŽELI VIŠE DA RADI ZAME O DVOME MOJE UDESU ŠTOSE JE DESILO SA MNOM 9-12-17

LAW Office of William Monroe
218 North 3rd Street, Suite 300
Burlington, Iowa 52601-5215
(319) 754-1402 - PHONE
319-754-1404 - FAX

JA ŽELIM DA MONROE PREUZME OVO MOJE DJELO. KARMELA MOLIM VAS DA VI ZOVETE OVOGA ADVOKATA I DA MU KAŽETE ŠT SE DOGAĐA. JELI VAMA SE JAMES JAVIJO NA VAŠE POZIVE ŠTO STE VI NJEGA ZVALI MENI SE NIKAD NEJAVLJA. DOVIĐENA ON SE JE NALJUTIJO NA ME I NATE. Husein Ccjuanovic

Husein Gjuonic
1126555

Mr. Cjevanovic,

recently, you have placed several phone calls directly to the interpreter who was at that time in a foreign country and who is not able to accept calls unless your legal representative is present.

Thank you for your understanding.

# Generic Note

**Offender Name:** Cejvanovic, Husein	**Offender Number:** 1126555

**Note Date:** 11/02/2017

**Note Category:** Phone Call

**Subject:**
James Moriarty message

**Chrono:**
Offender's attorney, James Moriarty, wanted me to relay to offender that he is no longer able to provide further services for offender under his current appointment. So, Moriarty, is requesting that offender no longer call him. I relayed this message to offender.

**Contact Standards:**

| | | |
|---|---|---|
| ☐ Offender Office | ☐ Collateral Office | ☐ Offender Field |
| ☐ Collateral Field | ☐ Offender Home | ☐ Collateral Home |
| ☐ Offender Phone | ☐ Collateral Phone | ☐ Behavior Observation |
| ☐ Collateral Intervention | ☐ Weekly Report | ☐ Voice Recognition |
| ☐ Monthly Report | ☐ Iowa Court Information System | ☐ Email |
| ☐ Collateral Family | | |

**Entered By:** JANIE.MENDEZ

**Entered Date:** 11/02/2017 11:27:00 AM

# James P. Moriarty

*Attorney and Counselor at Law*
James P. Moriarty, PC
Armstrong Centre   222 3rd Ave. SE  Suite 265
Cedar Rapids, IA 52405-1542
(319) 366-2307   *FAX (319) 364-8914*
e-mail jpmoriarty@dybb.com www.jpmoriartylaw.com
Member IA, ME & MA Bars

August 11, 2017

Husein Cejvanovic
Inmate # 1126555
IOWA STATE PENITENTIARY
P.O. Box 316
Fort Madison, IA 52627-0316

RE: USDC SDIA 4:16-cv-00518-SMR-CFB

Dear Mr. Cejvanovic:

Salaam alecheim.

I am returning your originals. As I will explain in greater detail in a letter being translated as write this, I am not your secretary, and I am not you attorney in any other matter. Do not ever send me original documents and direct me to copy and return them to you again.

I have made a request for extension, which has been granted until October 10, 2017. I do not intend to wait until the last minute, and will set up a meeting with the interpreter as soon as possible after she returns from overseas. I feel obliged to tell you I believe that you understand spoken and written English better than you would like anyone to believe. DO NOT DEAL WITH ANY OTHER INMATE IN COMMUNICATING WITH ME FROM THIS POINT FORWARD, DO NOT DISCUSS YOUR CASE WITH ANY OTHER INMATE FOR ANY REASON.

Thank you. I remain,

Sincerely yours,

*[signature]*

James P. Moriarty, Esq.

JPM/ps
Enc:

HUSEIN CEJVANOVIC #1126555
Iowa State Penitentiary
P.O. Box 316
Ft. Madison, Ia. 52627

QUAD CITIES IL P&DF
IL 612 1 L
07 NOV 2017 PM

Barn Swallow

LEGAL MAIL

RECEIVED
NOV 09 2017
CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

Judge Stephanie M. Rose
Clerk of Court
U.S. District Courthouse
P.O. Box 9344
Des Moines, Ia. 50306-9344

NOTICE: This correspondence was mailed from an institution of the Iowa Department of Corrections.