# IN THE UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF IOWA (CENTRAL)

HUSEIN CEJVANOVIC

Plaintiff

NICK LUDWICK et als,

Defendants

CASE NO. 4:16-cv-00518-SMR-CFB

RESPONSE TO PRO-SE FILING

---

Now comes James P. Moriarty, Esq. and states as follows:

1. I have reviewed the pro-se filing of the Plaintiff, dated November 13, 2017. (Docket Entry # 25)  As the response deadline regarding my filing had elapsed on October 3, I was awaiting further instructions from the Court, which I presumed would be granting the Motion for Summary Judgment.

2. I do not read Bosnian, but have taken note of the notation that it appears the Plaintiff is advising the Court a copy was sent to the Interpreter, but a copy was not provided to me by the Plaintiff.  I spoke to the interpreter this date, who indicated that she was not provided to her either.  I forwarded a copy by e-mail, and we reviewed the gist of the Bosnian text.  The Court's previously set budget for the services of the interpreter has been exhausted, but the Interpreter has graciously offered to continue efforts to facilitate this matter.

3. A translated copy of Docket Entry # 24 was sent to the Plaintiff, clearly stating my position that Rule 11 precluded further action on my part.

4. The Plaintiff has attempted multiple times to contact me by telephone, but I have not been available to answer.  I did contact the Plaintiff's Counselor at the Iowa State Penitentiary and explained in detail confirming that I did not have any option under Rule 11 and she would attempt to explain that to the Plaintiff.

5. It appears that the Plaintiff requested the Iowa District Court to appoint me in a Post Conviction review, which I had interpreted as suggesting that the Plaintiff understood there was no further filing available in this action.

6. At this time, based upon the oral review of the contents of Docket Entry # 25, I do not have anything to change, add or expand in relation to the last filing I have made of record.

Dated  November 15, 2017

*James P. Moriarty, Esq.*

James P. Moriarty, Esquire
James P. Moriarty, PC
ICIS Reg. # AT0005463
Attorney for Plaintiff
Armstrong Centre   222 3rd Ave. SE  Ste. 265
Cedar Rapids, IA 52401-1541
(319) 366-2307
e-mail james.moriarty4@gmail.com