# IN THE UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF IOWA

HUSEIN CEJVANOVIC

Plaintiff

V.

NICK LUDWIG et als
Defendants

CASE NO. 4:16-cv-00518-SMR-CFB

MOTION FOR FEE APPROVAL

---

    Now comes James P. Moriarty, Esq., and moves for an Order setting and approving a fee in the above matter.

    In support of said motion, the following is averred:

    A.   The Undersigned graduated from Suffolk University Law School in Boston, Massachusetts with a Juris Doctor on June 13, 1982.

    B.   The Undersigned is a member in good standing of the Bars of the State of Iowa (July 22, 1996); the State of Maine (October 6, 1983); and the Commonwealth of Massachusetts (December 21, 1982), and the corresponding Federal Courts.

    C.   The Undersigned has practiced extensively as, and is highly qualified as, a criminal trial and appellate lawyer.

    D.   The Undersigned was appointed and entered his appearance on behalf of the Plaintiff the above matter on June 13, 2017.

    E.   After extensive review of the matter, with the assistance of Approved Court Interpreter Karmela Loftus of Des Moines, the Undersigned came to the professional conclusion that no further response to the State of Iowa's Motion for Summary Judgment could be filed without violation of Federal Rule of Civil Procedure, Rule 11.

    F.   The Plaintiff was, with the assistance of the Interpreter, fully advised of the filing and basis of the Report.       .

    G. Judgment granting the Motion for Summary Judgment was entered on January 16, 2018. The matter was dismissed by court order dated January 17, 2018 (The Hon. Stephanie M. Rose, Judge, United States District Court, SDIA)

    H. In the course of such representation, the Undersigned has spent 30.9 hours, not including time dealing with multiple attempted phone calls and other attempted contacts from the Plaintiff between the filing of the Report and issuance of the Order dismissing the case, for which no time entries were made.  He has incurred $145.89 in expenses as itemized on the attachment A herein.

    I. In addition, the invoice of the Interpreter Karmela Lofthus, requesting payment of $1,678.00 plus mileage of $191.53 is attached, and it is requested that a separate check be issued for her services and expenses, and paid directly to her. The Undersigned states professionally that while the time expended by the Interpreter exceeded the $1,500.00 approved by the Court, it is my opinion that the amount submitted is reasonable and was necessary to properly deal with the language issues involved in the representation.

  *WHEREFORE*, the Undersigned requests approval of the fee and expenses submitted herein.

  Respectfully submitted,

Dated  January 20, 2018

*/s/ James P. Moriarty, Esq.*

  James P. Moriarty, Esquire
  James P. Moriarty, PC
  ICIS Reg. # AT0005463
  Attorney for Plaintiff
  Armstrong Centre   222 3rd Ave. SE  Ste. 265
  Cedar Rapids, IA 52401-1541
  (319) 366-2307
  e-mail jpmoriarty@dybb.com