

# INVOICE

Invoice # 563
Date: 01/20/2018
Due Upon Receipt

# James P, Moriarty, PC

Armstrong Centre 222 3rd Ave. SE Suite 265
Cedar Rapids, Iowa 52401-1541

Mr. Husein Cejvanovic
Inmate # 1126555
ICO Iowa State Penitentiary
PO Box 316
Fort Madison, IA 52627-0316

## 02645-Cejvanovic

## USDC SDIA 4:16-CV-00518-SMR-CFB

### Services

| Type | Date | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Service | 05/26/2017 | e-mail in: e-mail from Deb Hanghian | 0.10 | $0.00 | $0.00 |
| Service | 06/06/2017 | Telephone call out: phone to ISP/FM, arranged phone call to client | 0.20 | $0.00 | $0.00 |
| Service | 06/12/2017 | phone client at ISP/FM as scheduled, client clearly incapable of proceeding without interpreter; phone to Deb @ USDC/SDIA, n/a, l/m; phone to USDC/DM; | 0.70 | $0.00 | $0.00 |
| Service | 06/14/2017 | e-mail in: e-mail from interpreter; finished drafting motion; file motion and appearance CM/ECF | 0.30 | $0.00 | $0.00 |
| Service | 06/15/2017 | Review of Order approving Interpreter services, -$500.00, file new motion with proposed budget if necessary | 0.20 | $0.00 | $0.00 |
| Service | 06/22/2017 | Telephone Call In: Phone to interpreter; draft letter to client for interpreter to translate | 1.80 | $0.00 | $0.00 |
| Service | 07/10/2017 | Review of documents: e-mail from intermpreter; rec'd translation of letter to client; printed and sent with English copy to client | 0.30 | $0.00 | $0.00 |
| Service | 07/19/2017 | Telephone Call In: four attempted phone calls from client, not in office today, call tomorrow; e-mail to interpreter | 0.20 | $0.00 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Service | 07/20/2017 | Telephone call out: phone to ISP, l/m for Counselor Mendez; phone from client; letter (in Croatian) rec'd from client; scanned and e-mailed to interpreter; phone from interpreter | 0.80 | $0.00 | $0.00 |
| Service | 08/04/2017 | e-mail in: e-mail from interpreter; reply; review of translated letter; review of order; phone to ACA Hill, l/m; drafting and filing Motion to Extend; begin reply to client, review of Rule 11 standards, State's MSJ | 2.40 | $0.00 | $0.00 |
| Service | 08/07/2017 | Review of documents: review of additional documentation from client; e-mail from clerk; editing Motion per request; phone to AAG Hill; filing with CM?ECF w/ e-mail copies to AAG et als; work on letter to client in response to client's letter | 1.40 | $0.00 | $0.00 |
| Service | 08/08/2017 | Telephone call out: phone to client's counselor at ISP; phone conference with director of medical services; copying client's documents for return to client at client's request; drafting and editing | 1.50 | $0.00 | $0.00 |
| Service | 08/09/2017 | e-mail in: e-mail from AAG Hill | 1.00 | $0.00 | $0.00 |
| Service | 08/11/2017 | Review of documents: review of order; letter to client; e-mail to interpreter | 0.30 | $0.00 | $0.00 |
| Service | 08/14/2017 | Review of file | 0.50 | $0.00 | $0.00 |
| Service | 08/15/2017 | E-mail from interpreter; phone from interpreter;drafting motion for interpreter, filed with CM/ECF | 0.80 | $0.00 | $0.00 |
| Service | 08/16/2017 | Telephone Call In: phone from client @ ISP | 0.20 | $0.00 | $0.00 |
| Service | 08/17/2017 | Review of Order: review of order USDC/SDIA re interpreter; e-mail to interpreter | 0.30 | $0.00 | $0.00 |
| Service | 08/21/2017 | e-mail in: e-mail from interpreter; reply | 0.20 | $0.00 | $0.00 |
| Service | 08/22/2017 | e-mail in: review e-mail; e-mail to interpreter; translation of Letter 2 sent to client at ISP w/ original; | 0.40 | $0.00 | $0.00 |
| Service | 08/25/2017 | Telephone Call In: phone from client at ISP (lengthy); phone to Asst. Clerk Severin; phone to interpeter; drafting and filing report to Court; phone to Counselor Mendez @ ISP re on site meeting with client, l/m | 1.00 | $0.00 | $0.00 |
| Service | 08/28/2017 | Telephone call out: phone to Counselor Mendez, set up meeting on Friday; e-mail from counselor with required info; phone to interpreter, voicmail full; e-mial to interpreter; reply; e-mial to Ms. Mendez | 0.60 | $0.00 | $0.00 |
| Service | 08/31/2017 | e-mail in: e-mail with confirmation of appointment; phone to interpreter,l/m; review of file for client meeting at ISP tomorrow | 0.20 | $0.00 | $0.00 |
| Service | 09/01/2017 | Field consult: meeting with client and interpreter at ISP; travel (4 hours) | 7.50 | $0.00 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Service | 09/05/2017 | Drafting & editing: drafting Rule 11 statement; letter to client, copies sent to interpeter for translation | 3.00 | $0.00 | $0.00 |
| Service | 09/13/2017 | Drafting & editing: editing and drafting Report; e-mail to interpreter | 0.50 | $0.00 | $0.00 |
| Service | 09/20/2017 | Telephone call out: phone to ISP, conf . w/ Counselor Mendez | 0.20 | $0.00 | $0.00 |
| Service | 09/26/2017 | finalize and file Rule 11 report | 1.00 | $0.00 | $0.00 |
| Service | 10/09/2017 | Review of file: check with CM/ECF, no new filing in response to Rule 11 report | 0.10 | $0.00 | $0.00 |
| Service | 10/30/2017 | review of order from Marshall County, client requesting JPM appointment in PCR, SPD declines to appoint, phone to Atty. Mears | 0.10 | $0.00 | $0.00 |
| Service | 11/14/2017 | review of documents: review of pro-se filing by client (in Bosnian; phone to Counselor Mendez; scanned and forwarded filing to interpreter; phone to interpreter, review of content of filing - no subsubstantive content; draft | 0.80 | $0.00 | $0.00 |
| Service | 11/16/2017 | letter to client OCO Counselor Mendez | 0.50 | $0.00 | $0.00 |
| Service | 01/16/2018 | reviewed order granting MSJ from Court; reviewed judment; forwarded copies to client ICO Counselor Mendez; copies to Interpreter for reference | 0.80 | $0.00 | $0.00 |
| Service | 01/20/2018 | Flat Fee requested for Pro Bono Representation 5/26/2017 - 1/16/2018 | 1.00 | $1,800.00 | $1,800.00 |

| | |
|---|---|
| **Quantity Subtotal** | **30.9** |
| **Services Subtotal** | **$1,800.00** |

## Expenses

| Type | Date | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 07/10/2017 | postage | 1.00 | $0.49 | $0.49 |
| Expense | 08/10/2017 | postage + | 1.00 | $2.03 | $2.03 |
| Expense | 08/10/2017 | photocopies - 26 | 26.00 | $0.25 | $6.50 |
| Expense | 09/01/2017 | mileage - Office to ISP, round trip - 230 miles | 248.00 | $0.54 | $133.92 |
| Expense | 01/19/2018 | postage + | 1.00 | $0.70 | $0.70 |
| Expense | 01/20/2018 | photocopies | 9.00 | $0.25 | $2.25 |

| | |
|---|---|
| **Expenses Subtotal** | **$145.89** |
| **Quantity Total** | **30.9** |

|  |  |
|---|---|
| **Subtotal** | **$1,945.89** |
| **Total** | **$1,945.89** |

Please make all amounts payable to: James P, Moriarty, PC

Payment is due upon receipt.