|  | | | |
|---|---|---|---|
| **Karmela Lofthus** <br> **1222 68th St** <br> **Windsor Heights IA 50324** | | **INVOICE** | |
| | | Invoice#20170915 <br> Date:09/15/17 | |

| | | | |
|---|---|---|---|
| | **Account Name:** <br> **Cejvanovic v NICK LUDWIG ET ALS** <br> USDC SDIA 4:16-cv-00518-SMR-CFB | **Email address:** <br> karmelakl@gmail.com | **Account Number** |

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| | | | |
| **7/6 attorney- client letter dated 6/30** | 4 | $55.00 | $220.00 |
| **7/20 client attorney** | 3 | $55,00 | $165.50 |
| **8/10 attorney client** | 4 | $55.00 | $220.00 |
| 9/1 attorney client meeting at Iowa State Penitentiary <br> driving 6 hours <br> visit 3.5 hours | 9.5 | $55.00 | $522.50 |
| 9/1 358 miles x  $.535= $191.53 | | | $191.53 |
| 9/5 R 11 and AC letter | 6 | $55.00 | $330.00 |
| | | | |
| | TOTAL | **Total without mileage $1,678.00** | **Total including mileage $1,869.53** |

**Thank you for your business!**